IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PRESTON ROBERSON                                                    PETITIONER

v.                              No. 5:13-cv-146 DPM-HDY

RAY HOBBS, Director,
Arkansas Department of Correction                                   RESPONDENT

### ORDER

No one has objected to Magistrate Judge H. David Young's recommendation. № 14. After review for error on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error, the Court adopts the proposal. Roberson's petition is dismissed with prejudice. His petition fails to make a substantial showing that any of his constitutional rights were violated. A certificate of appealability is therefore denied. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge
19 August 2013