IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PRESTON ROBERSON                                           PETITIONER

v.                          No. 5:13-cv-146 DPM

RAY HOBBS, Director,
Arkansas Department of Correction (ADC)                    RESPONDENT

JUDGMENT

Roberson's petition is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 August 2013